CARLIE CHRISTENSEN, United States Attorney (#633)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: carol.dain@usdoj.gov



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. LARON THOMAS ZAUGG, Defendant. | INDICTMENT<br><br>18 U.S.C. §§ 2252A(a)(3)(B) and (b), ADVERTISING CHILD PORNOGRAPHY (Count I);<br>18 U.S.C. §§ 2252A(a)(2) and (b), RECEIPT OF CHILD PORNOGRAPHY (Count II). |
|---|---|

The Grand Jury Charges:

## COUNT I
Advertising Child Pornography
(18 U.S.C. §§ 2252A(a)(3)(B) and (b))

Beginning on or about August 26, 2014, and continuing until on or about August 27, 2014 in the Northern Division of the District of Utah and elsewhere,

LARON THOMAS ZAUGG,

defendant herein, did knowingly advertise, promote, present, distribute, and solicit through the mails, and in interstate and foreign commerce by any means, including by computer, any material and purported material in a manner that reflects the belief, and that is intended to cause another to believe, that the material and purported material is,

and contains an obscene visual depiction of a minor engaging in sexually explicit conduct, and a visual depiction of an actual minor engaging in sexually explicit conduct, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(3)(B) and (b).

## COUNT II
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2) and (b))

Beginning on or about August 26, 2014, and continuing through on or about December 5, 2014, in the Northern Division of the District of Utah,

LARON THOMAS ZAUGG,

defendant herein, did knowingly receive any child pornography, as defined in 18 U.S.C. § 2256(8) that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(2) and (b).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

CARLIE CHRISTENSEN
United States Attorney

*[signature]*
CAROL A. DAIN
Assistant United States Attorney

2